## Chicago Composition, Inc., Individually and as Assignee of the Frank J. Geller Press, Appellee, v. La Salle National Bank, as Administrator of Estate of Otto G. Hess, Deceased, Appellant.

### Gen. No. 45,594.

Arthur Abraham, for appellant; William T. Crilly, for appellee; Helen J. Kelleher, of counsel. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed February 19, 1952; released for publication March 3, 1952.